RUSSELL HARDY, PLAINTIFF-PETITIONER, v.
WILLIAM A. GUENTHER, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior
Court.

*Messrs. Blair & Blair,* for the petitioner.

*Messrs. Campbell, Mangini, Foley & Lee,* for the respondent.

May 31, 1966. Denied.